IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EDWARD CARMONA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. A-06-CA-641-SS |
| | § | |
| SOUTHWEST AIRLINES COMPANY, | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S SUPPLEMENTAL MOTIONS IN LIMINE

TO THE HONORABLE SAM SPARKS:

NOW COMES Plaintiff Edward Carmona and hereby files these Supplemental Motions in Limine, and would respectfully show the Court as follows:

I.

1.  Defendant not ask any question regarding, or any question or statement, designed to imply that Plaintiff is homosexual. Plaintiff's sexual preference is not relevant towards this trial.

GRANTED: _____     DENIED: _____

2.  Defendant not ask any question regarding Plaintiff's current work at Dillards other than his rate of pay and hours. Plaintiff learned this weekend that Defendant has just last week subpoenaed his records from Dillards, without providing any notice whatsoever to Plaintiff or his counsel or given Plaintiff a copy of whatever was obtained.

GRANTED: _____     DENIED: _____

        Respectfully submitted,

        MELTON & KUMLER, LLP
        2705 Bee Cave Road, Ste. 220
        Austin, TX 78746
        (512) 330-0017  Telephone
        (512) 330-0067  Facsimile

        /s/ John F. Melton
        John F. Melton
        State Bar No. 24013155

        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

By my signature hereunder affixed, I certify that a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF on this 28th day of September, 2008, addressed as follows:

Lacey L. Gourley
Bracewell & Giuliani, L.L.P.
111 Congress Avenue, Suite 2300
Austin, Texas 78701-4061

        /s/ John F. Melton