Filed 9-29-08

Clerk, U. S. District Court
Western District of Texas

By _____
                                                    Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

EDWARD CARMONA,
        Plaintiff,

-vs-                                                                                            CAUSE NO.  A-06-CV-641-SS

SOUTHWEST AIRLINES CO.,
        Defendant.

## O R D E R

BE IT REMEMBERED on the 29th day of September 2008 the Court called the above-captioned matter and, prior to the selection of the jury, held a hearing on the parties' motions in limine, and now confirms the oral orders made in the record at that time.

Regarding the Plaintiff's motion in limine and supplemental motion in limine, the Court DENIES paragraphs 2 and 3 of the motion in limine and GRANTS paragraphs 1, 4, 5, and 6 of the original motion in limine and paragraph 1 of the supplemental motion in limine, requiring counsel to approach the bench and advise opposing counsel and the Court of any intention to go into those areas.  It is specifically ORDERED that the ruling on the motion in limine is not a ruling on admissibility, and all objections to evidence must be timely made. The Plaintiff withdrew paragraph 2 of the supplemental motion in limine.

Regarding the Defendant's motion in limine, the Court DENIES specific requests 2, 3, 4, 5, 15, 16 and DENIES general requests 4 and 9 and the oral motion made regarding statements made to a potential witness relating to the enforcement of subpoenas outside 100 miles.  The Court GRANTS specific requests 1, 6-14, and 17-21, and GRANTS general requests 1, 2, 3, 5, 6, 7, 8, and

10. The Court requires counsel to approach the bench and advise opposing counsel and the Court of any intention to go into those areas for which the motion in limine was granted. Again, this order on the motion in limine is not a ruling on admissibility, and all objections to evidence must be timely made.

SIGNED this the 29th day of September 2008.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE