IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Filed 10-2-08

Clerk, U. S. District Court
Western District of Texas

By _____ Deputy

EDWARD CARMONA,
        **Plaintiff,**

-vs-                                      Case No. A-06-CA-641-SS

SOUTHWEST AIRLINES COMPANY,
        **Defendant.**

## VERDICT FORM

We, the jury, unanimously answer the following questions:

### Question One

Do you find, by a preponderance of the evidence, that Defendant Southwest Airlines terminated Plaintiff Edward Carmona's employment because of his gender?

Answer "Yes" or "No."    **NO**

Continue to Question Two.

### Question Two

Do you find, by a preponderance of the evidence, that Plaintiff Edward Carmona had a disability within the meaning of the Americans with Disabilities Act at the time Defendant Southwest Airlines terminated his employment?

      Answer "Yes" or "No."    __YES__

If you answered "Yes" to Question Two, continue to Question Three. If you answered "No" to Question Two but "Yes" to Question One, skip Question Three and continue to Question Four. If you answered "No" to Questions One and Two, answer no further questions.

### Question Three

Do you find, by a preponderance of the evidence, that Defendant Southwest Airlines terminated Plaintiff Edward Carmona's employment because of his alleged disability?

      Answer "Yes" or "No."    __Yes__

If you answered "Yes" to Question Three, continue to Question Four. If you answered "No" to Question Three but "Yes" to Question One, continue to Question Four. If you answered "No" to Question One and Question Three, answer no further questions.

## Question Four

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate Plaintiff for any damages resulting from Defendant's discrimination?

Answer in dollars and cents, if any:

a. Past lost income to date reduced by interim earnings:

   Answer:   $ 80,000

b. Future lost income reduced to present value:

   Answer:   $ 0

c. Past emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and other nonpecuniary losses:

   Answer:   $ 0

d. Future emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and other nonpecuniary losses:

   Answer:   $ 0

Answer no further questions.

Submitted the 2nd day of October 2008, at 4 o'clock 22 m.

SIGNATURE REDACTED PURSUANT TO E-GOVERNMENT ACT OF 2002

PRESIDING JUROR