IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EDWARD CARMONA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION No. A06CA641 SS |
| | § | |
| SOUTHWEST AIRLINES CO., | § | |
| | § | |
| Defendant. | § | |

**ORDER DENYING PLAINTIFF'S AMENDED MOTION FOR REINSTATEMENT OR ALTERNATIVELY, AN AWARD OF FRONT PAY**

On this day came on to be heard Plaintiff's Amended Motion for Reinstatement or Alternatively, an Award of Front Pay in the above-entitled and numbered cause. The Court, having carefully considered said Motion, all responses filed thereto, and the pleadings on file herein, is of the opinion and finds that said Motion is without merit and should be denied. It is, therefore,

ORDERED, ADJUDGED and DECREED that Plaintiff's Amended Motion for Reinstatement or Alternatively, an Award of Front Pay is in all things hereby DENIED.

SIGNED and ENTERED this ____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE